# United States Department of Justice
## United States Marshals Service
### District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

NAME: Cortez, Charlene
DATE OF BIRTH: 2/5/70
CHARGE: Probation Violation
CASE NUMBER: A02-088 CR (RRB)
PLACE HELD: ACC-E
DATE OF ARREST: 7/17/06
TIME OF ARREST: 1530
PLACE ARRESTED: Probation Office
ARRESTED BY: DUSM Dewitt

REMARKS:

BOOKED IN ENGLISH:    YES _____    NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT ~~DUSM John Olson or SDUSM Stacy Melton~~ Acting Supervisor AT (907) 271-5154. THANK YOU.