(7/93)

# United States District Court
for the
# District of Alaska
## Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Charlene Cortez Case Number: A02-088 CR (RRB)

Sentencing Judicial Officer: Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence: January 24, 2003

Original Offense: Conspiracy to Possess With Intent To Distribute a Controlled Substance

Original Sentence: 18 months jail with three years supervised release

Date Supervision Commenced: April 28, 2004

Asst. U.S. Attorney: Stephan Collins Defense Attorney: Joe Loescher

---

**PETITIONING THE COURT**

[ ] To issue a warrant
[ X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about April 27, 2006, the defendant consumed cocaine, as evidenced by a positive drug test. This violation is a Grade C violation. |
| 2 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about May 1, 2006, the defendant consumed cocaine, as evidenced by a positive drug test. This violation is a Grade C violation. |
| 3 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about June 15, 2006, the defendant consumed cocaine, as evidenced by a positive drug test. This violation is a Grade C violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

[X] Revoked
[ ] Extended for _______ year(s), for a total term of _______ years.

[ ] The conditions of supervised release should be modified as follows:

Respectfully submitted,

REDACTED SIGNATURE

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date: June 28, 2006

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[✓] *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ] The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ] Other:

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge

June 28, 2006

Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court

for the

# DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case Number: A02-088 CR (RRB) |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| Charlene Cortez | ) | |

I, Travis Lyons, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Charlene Cortez, and in that capacity declare as follows:

On April 27, 2006, the defendant submitted to a urine test that indicated positive for the presence of cocaine. This test was confirmed to be positive at Scientific Testing Laboratories, INC.

On May 1, 2006, the defendant submitted to a urine test that indicated positive for the presence of cocaine. This test was confirmed to be positive at Scientific Testing Laboratories, INC.

On June 15, 2006, the defendant submitted to a urine test that indicated positive for the presence of cocaine. This test was confirmed to be positive at Scientific Testing Laboratories, INC.

Prior positive drug tests were addressed through a drug treatment program, a stay at the Cordova Center, and mental health treatment, which she is currently attending. However, it appears that she cannot or will not completely stop consuming cocaine.

Executed this 26th day of June, 2006, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**

Travis Lyons
U.S. Probation Officer