IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:   UNITED STATES MARSHAL

RE:   UNITED STATES OF AMERICA VS. _Charlene Cortez_

CASE NO: _3:02-cr-00088-RRB_

---

Defendant _Charlene Cortez_,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____Released to _____, the third party custodian(s).

____Paid cash bail in the amount of _____ to the Clerk of Court.

____Posted unsecured bond in the amount of _____

____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____Surrendered passport to the Clerk of Court.

____Other: _____

Dated at _Anchorage_, Alaska this _18_ day of _July_, 20_06_

REDACTED SIGNATURE
_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal