```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __CHARLENE CORTEZ__   CASE NO. _3:02-cr-00088-RRB_
Defendant: X Present X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN M. CARTER

UNITED STATES' ATTORNEY:        STEPHAN COLLINS

DEFENDANT'S ATTORNEY:           *JOE LOESCHER - APPOINTED

U.S.P.O.:                       TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 7/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Telephonic appearance.

At 3:35 p.m. court convened.

X Copy of petition given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED.**
   X Federal Public Defender to appoint CJA counsel; FPD notified.

X PLEA(S): Denials entered to allegations 1-3 of the petition.

X Consent to be filed within __3__ days or case shall be
  transferred to a U.S. District Judge.

X Order Setting Conditions of Release **FILED**.

X Release Order **SIGNED.**

At 4:15 p.m. court adjourned.


DATE: _July 18, 2006_          DEPUTY CLERK'S INITIALS:___rc___