Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 W. Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHARLENE CORTEZ,<br><br>  Defendant. | NO. 3:02-cr-00088-RRB<br><br>**NOTICE OF FILING ON BEHAVE OF OUT-OF-DISTRICT COUNSEL**<br><br>**(Filed On Shortened Time)** |

COMES NOW Rich Curtner, Federal Defender, and files the following pleading (attached as Exhibit A) on behalf of Joseph Loescher, Counsel for Defendant CHARLENE CORTEZ:

- **NOTICE OF FILING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE IN AN EVIDENTIARY HEARING RE: VIOLATION(S) OF PROBATION ON BEHALF OF COUNSEL**
  **(On Shortened Time)**

DATED at Anchorage, Alaska this 27th day of July 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:           907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:
I certify that on July 27, 2006,
a copy of the **Notice of Filing
on Behalf of Out-of-District
Counsel (filed on shortened time)**
was served electronically on:

Stephan Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Rich Curtner