Joseph R.D. Loescher
Alaska Bar No. 7911108
Smith Alling Lane, P.S.
1102 Broadway Plaza, # 403
Tacoma, WA 98402
Telephone: (253) 627-1091

Attorney for Charlene Cortez

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>CHARLENE CORTEZ,<br><br>                Defendant. | No. a02-088 CR (RRB)<br><br>UNOPPOSED MOTION ON SHORTENED TIME FOR CONTINUANCE OF PROBATION REVOCATION HEARING |

COMES NOW defendant, Charlene Cortez, by and through her attorney of record, and moves for a continuance of the probation revocation hearing presently scheduled for August 17, 2006. The continuance is requested because counsel for Cortez has a prior commitment on August 17th and is not available to attend the hearing. Additionally, counsel is filing a motion requesting the court to appoint an expert to assist counsel for Cortez on the drug testing issues.

Counsel for the government has indicated that he does not oppose rescheduling the hearing, but that he is unavailable on August 18th and has a trial starting on August

UNOPPOSED MOTION ON SHORTENED TIME
FOR CONTINUANCE OF PROBATION
REVOCATION HEARING -- Page 1

*Smith Alling Lane*
A Professional Services Corporation
Attorneys at Law

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

28th. Cortez respectfully requests that the hearing be rescheduled for a day during the week of August 21st or a later date that would be convenient for the court and both counsel.

Dated this 15th day of August, 2006.

SMITH ALLING LANE, P.S.

/s/ Joseph R. D. Loescher
1102 Broadway Plaza, # 403
Tacoma, WA 98402
Ph: 253-627-1091
Fax: 253-627-0123
E-mail: joel@smithallinglane.com
Alaska Bar No. 7911108

CERTIFICATE OF SERVICE

I hereby certify that on the date below a true and correct copy of this document was delivered via fax and e-mail delivery to:

Stephan Collins, Asst. U.S. Attorney
U.S. Department of Justice
Federal Building/US Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Dated this 15th day of August, 2006.

/s/ Joseph R. D. Loescher

UNOPPOSED MOTION ON SHORTENED TIME FOR CONTINUANCE OF PROBATION REVOCATION HEARING – Page 2

*Smith Alling Lane*
A Professional Services Corporation
Attorneys at Law

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123