Joseph R.D. Loescher
Alaska Bar No. 7911108
Smith Alling Lane, P.S.
1102 Broadway Plaza, # 403
Tacoma, WA 98402
Telephone: (253) 627-1091

Attorney for Charlene Cortez

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. a02-088 CR (RRB) |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION ON SHORTENED TIME FOR CONTINUANCE OF PROBATION REVOCATION HEARING |
| CHARLENE CORTEZ, | |
| Defendant. | |

WHEREAS, defendant, Charlene Cortez, has filed a Motion on Shortened Time for Continuance of Probation Revocation Hearing; and

WHERAS, the court is fully advised thereon;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJDUGED AND DECREED that the Motion for Continuance of Probation Revocation Hearing is GRANTED. The hearing is continued to the ____ day of _____, 2006, at _____, in Courtroom.

ORDER GRANTING UNOPPOSED MOTION ON SHORTENED TIME FOR CONTINUANCE OF PROBATION REVOCATION HEARING – Page 1

*Smith Alling Lane*
A Professional Services Corporation
Attorneys at Law

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

Dated this ____ day of August, 2006.

_____
U.S. Magistrate Judge Roberts

CERTIFICATE OF SERVICE

I hereby certify that on the date below a true and correct copy of this document was delivered via fax and e-mail delivery to:

Stephan Collins, Asst. U.S. Attorney
U.S. Department of Justice
Federal Building/US Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Dated this 15th day of August, 2006.

/s/ Joseph R. D. Loescher

ORDER GRANTING UNOPPOSED MOTION ON SHORTENED TIME FOR CONTINUANCE OF PROBATION REVOCATION HEARING – Page 2

*Smith Alling Lane*
*A Professional Services Corporation*
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123