Joseph R.D. Loescher
Alaska Bar No. 7911108
Smith Alling Lane, P.S.
1102 Broadway Plaza, # 403
Tacoma, WA 98402
Telephone: (253) 627-1091

Attorney for Charlene Cortez

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>CHARLENE CORTEZ,<br><br>          Defendant. | No. a02-088 CR (RRB)<br><br>UNOPPOSED MOTION ON SHORTENED TIME FOR MODIFICATION OF TERMS OF RELEASE |

COMES NOW defendant, Charlene Cortez, by and through her attorney of record, and moves for a modification of the terms of her release. Currently, Cortez is on ankle monitoring and is allowed to go to work commencing at 9:00 a.m. Her employer wants her to start work no later than 7:45 a.m. for this week and next. This change is requested by the employer so that Cortez can fill in for another worker who will be out on vacation. It is the understanding of Cortez that her probation officer and the prosecutor do not oppose the modification.

UNOPPOSED MOTION ON SHORTENED TIME FOR MODIFICATION OF TERMS OF RELEASE – Page 1

Smith Alling Lane
A Professional Services Corporation
Attorneys at Law

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

1  Dated this 15th day of August, 2006.

2                                                   SMITH ALLING LANE, P.S.

3

4                                                   /s/ Joseph R. D. Loescher
                                                    1102 Broadway Plaza, # 403
5                                                   Tacoma, WA 98402
                                                    Ph: 253-627-1091
6                                                   Fax: 253-627-0123
                                                    E-mail: joel@smithallinglane.com
7                                                   Alaska Bar No. 7911108

8

9  CERTIFICATE OF SERVICE

10   I hereby certify that on the date below a true
   and correct copy of this document was delivered
11 via fax and e-mail delivery to:

12 Stephan Collins, Asst. U.S. Attorney
   U.S. Department of Justice
13 Federal Building/US Courthouse
   222 West 7th Avenue, #9, Room 253
14 Anchorage, Alaska 99513-7567

15
   Dated this 15th day of August, 2006.
16

17 /s/ Joseph R. D. Loescher

18

19

20

21

22

23

UNOPPOSED MOTION ON SHORTENED
TIME FOR MODIFICATION OF TERMS OF
RELEASE -- Page 2

*Smith Alling Lane*
A Professional Services Corporation
Attorneys at Law

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123