Joseph R.D. Loescher
Alaska Bar No. 7911108
Smith Alling Lane, P.S.
1102 Broadway Plaza, # 403
Tacoma, WA 98402
Telephone: (253) 627-1091

Attorney for Charlene Cortez

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. a02-088 CR (RRB) |
|---|---|
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION ON SHORTENED TIME FOR MODIFICATION OF TERMS OF RELEASE |
| v. | |
| CHARLENE CORTEZ, | |
| Defendant. | |

WHEREAS, defendant, Charlene Cortez, has filed a Motion on Shortened Time for Modification of Terms of Release; and

WHERAS, the court is fully advised thereon;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJDUGED AND DECREED that the Motion on Shortened Time for Modification of Terms of Release is GRANTED.

ORDER GRANTING UNOPPOSED MOTION ON SHORTENED TIME FOR MODIFICATION OF TERMS OF RELEASE – Page 1

Smith Alling Lane
A Professional Services Corporation
Attorneys at Law

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

1  Dated this ____ day of August, 2006.

2

3                                                          _____
                                                           U.S. Magistrate Judge Roberts

4  CERTIFICATE OF SERVICE

5  I hereby certify that on the date below a true
   and correct copy of this document was delivered
6  via fax and e-mail delivery to:

7
   Stephan Collins, Asst. U.S. Attorney
8  U.S. Department of Justice
   Federal Building/US Courthouse
9  222 West 7th Avenue, #9, Room 253
   Anchorage, Alaska 99513-7567
10

   Dated this 15th day of August, 2006.
11

12
   /s/ Joseph R. D. Loescher
13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING
UNOPPOSED MOTION ON SHORTENED
TIME FOR MODIFICATION OF TERMS OF
RELEASE – Page 2

*Smith Alling Lane*
A Professional Services Corporation
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123