# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. CHARLENE CORTEZ

Case No. *3-02-cr-00088-RRB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE: Motion for Modification of Terms of Release, Docket No. 49

Defendant's motion for shortened time consideration is GRANTED. Defendant's motion for modification of terms of release is granted. Defendant Cortez shall be allowed to start work no later than 7:45 a.m. for this week and next (August 14 - August 26). Accordingly, defendant's restricted curfew is amended for this time period from 7:00 p.m. to 7:00 a.m.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

August 16, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-02-cr-00088-RRB-JDR CORTEZ @49 Order Re Mtn to Modifify Conditions of Release.wpd