(Rev 9/06)

# LIST OF EXHIBITS

---

Case No. 3:02-cr-00088-RRB         Judge: **JOHN D. ROBERTS**

Title         U.S.A.
vs.
              Charlene Marie Cortez

Dates of Hearing/Trial:    September 7, 2006

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Stephan Collins | Joseph R. D. Luescher |
|  |  |
|  |  |

---------EXHIBITS---------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 9/7/06 | custody sheet | A | ✓ |  | Doctor Naresh C. Jain resume & paperwork |
| 2 | ✓ | 9/7/06 | lab specimin |  |  |  |  |
| 3 | ✓ | 9/7/06 | " " |  |  |  |  |
| 4 | ✓ | 9/7/06 | Beth Mader Affidavit |  |  |  |  |