# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>CHARLENE MARIA CORTEZ,<br><br>        Defendant. | 3-02-cr-00088-RRB-JDR<br><br>**FINAL RECOMMENDATION REGARDING PETITION TO REVOKE SUPERVISED RELEASE**<br><br>(Docket No. 38) |

In a recommendation filed October 3, 2006 at Docket No. 59, I advised that defendant Cortez had violated her conditions of supervised release. The defendant timely filed objections at Docket No. 60. The government did not file a response. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 27th day of October, 2006, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge