IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CHARLENE MARIA CORTEZ,<br><br>          Defendant. | Case No. 3:02-cr-0088-RRB<br><br><br>**ORDER FINDING VIOLATION and**<br>**SCHEDULING DISPOSITION** |

　　　　　Before the Court is the Government's Petition for Revocation of Supervised Release at Docket 38.  The Magistrate Judge conducted a hearing in this matter and written summations were filed.  After thoroughly considering the issues, the Magistrate Judge concluded that Defendant consumed cocaine on each of the three occasions alleged by the Government and included his findings in his Recommendation Regarding Petition to Revoke Supervised Release at Docket 59.  After considering the objections filed by the Defendant, the Magistrate Judge issued a Final Recommendation at Docket 61 in which he reaffirmed his earlier findings.

The Court has considered all of the above and concludes that the Government has established, by a preponderance of the evidence, the three violations alleged.  The Court hereby **ADOPTS** the Final Recommendation and schedules a disposition hearing for **Tuesday, November 21, 2006, at 9:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

ENTERED this 30th day of October, 2006.

s/RALPH R. BEISTLINE

UNITED STATES DISTRICT JUDGE