```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. <u>CHARLENE MARIE CORTEZ</u>       CASE NO. <u>3:02-cr-00088-RRB</u>
Defendant:  <u>X</u> Present  <u>X</u> On Bond

BEFORE THE HONORABLE:        <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:       <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:     <u>STEPHAN COLLINS</u>

DEFENDANT'S ATTORNEY:        <u>JOSEPH LOESCHER</u>

U.S.P.O.:                    <u>TRAVIS LYONS</u>

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE HELD NOVEMBER 21, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

<u>X</u> FINAL DISPOSITION HEARING:

   <u>X</u> Supervised Release revoked.

   <u>X</u> Defendant imprisoned for a period of <u>6 months.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

At 9:49 a.m. court adjourned.

DATE:  <u>November 21, 2006</u>       DEPUTY CLERK'S INITIALS:   <u>ak</u>